| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Gilman, Ronald L. | 2. Court or Organization U.S. Court of Appeals, Sixth Circuit | 3. Date of Report 03/31/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 167 N. Main Street, Suite 1176 Memphis, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Immediate Past Chair | American Bar Association's Appellate Judges Conference |
| 2. Chair of Board of Directors | Appellate Judges Education Institute |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR -6 A 11: 38 FINANCIAL DISCLOSURE OFFICE

Gillman_Ronald_L

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/31/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Bar Association | Feb. 11-13 | Los Angeles, CA | Midyear Meeting | Transportation, lodging, and meals |
| 2. Texas Tech University | April 4 | Lubbock, TX | Lecture | Transportation |
| 3. American Bar Association | Aug. 7-10 | New York, NY | Annual Meeting | Lodging |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/31/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Gulf Housing Ltd. Partnership | B | Distribution | K | W | | | | | |
| 2. Federal Bldg. Federal Credit Union | A | Interest | K | T | | | | | |
| 3. Schwab Cash Reserves | B | Dividend | L | T | | | | | |
| 4. DFA International Core Equity | | | | | Buy | 2/29 | L | | |
| 5. DFA International Core Equity | | | | | Sold | 8/28 | L | | |
| 6. DFA International Core Equity | | | | | Buy | 9/30 | M | | |
| 7. DFA International Core Equity | B | Dividend | | | Sold | 11/21 | L | | |
| 8. DFA US Small Cap Value | | | | | Buy | 3/5 | K | | |
| 9. DFA US Small Cap Value | | | | | Sold (part) | 9/30 | K | | |
| 10. DFA US Small Cap Value | A | Dividend | K | T | Buy | 11/21 | K | | |
| 11. DFA US Tax-Mdg. Small Cap Value | A | Dividend | | | Sold | 9/30 | M | | |
| 12. Fidelity Int'l Small Cap | | None | L | T | | | | | |
| 13. Fidelity Latin America | A | Dividend | K | T | | | | | |
| 14. Fidelity U.S. Gov't Reserves | A | Dividend | J | T | | | | | |
| 15. Goldman Sachs Satellite Strategies | B | Dividend | K | T | Buy | 10/3 | K | | |
| 16. Goldman Sachs Structured Int'l Equity | | None | | | Sold | 11/7 | K | | |
| 17. iShares MSCI ACWI US Index | | | | | Buy | 8/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares MSCI ACWI US Index | | | | | Sold | 9/30 | L | | |
| 19. iShares MSCI ACWI US Index | A | Dividend | M | T | Buy | 11/21 | L | | |
| 20. iShares Tr. MSCI EAFE Index | | None | | | Sold | 2/29 | L | | |
| 21. iShares Tr. Russell 1000 Growth | | | | | Buy | 10/3 | J | | |
| 22. iShares Tr. Russell 1000 Growth | A | Dividend | | | Sold | 11/13 | K | | |
| 23. iShares Tr. Russell 2000 Value Index | | None | | | Sold | 3/5 | K | | |
| 24. iShares Tr. Russell 3000 Index | | | | | Buy | 9/30 | L | | |
| 25. iShares Tr. Russell 3000 Index | | | | | Buy | 10/3 | K | | |
| 26. iShares Tr. Russell 3000 Index | D | Dividend | | | Sold | 11/21 | N | | |
| 27. iShares Russell Midcap Value Index | A | Dividend | L | T | Buy | 11/24 | L | | |
| 28. iShares S&P Midcap 400 Value | | | | | Buy | 10/3 | J | | |
| 29. iShares S&P Midcap 400 Value | B | Dividend | | | Sold | 11/21 | L | | |
| 30. iShares Tr. DJ Total Imarket | | None | | | Sold | 1/8 | L | | |
| 31. iShares MSCI Emerging Markets Index | A | Dividend | K | T | Buy | 11/10 | K | | |
| 32. JP Morgan Chase Notes due 4/14/09 | | None | K | T | Buy | 2/27 | K | | |
| 33. JP Morgan Chase Notes due 1/4/10 | | None | K | T | Buy | 11/14 | K | | |
| 34. JP Morgan Tax Aware Real Return | A | Dividend | L | T | Buy | 11/21 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Julius Baer Int'l Equity (renamed Artio Int'l Equity) | | | | | Sold (part) | 9/30 | M | | |
| 36. Artio Int'l Equity (formerly Julius Baer Int'l Equity) | C | Dividend | M | T | Buy | 11/21 | K | | |
| 37. Old Mutual Analytic Defensive Equity | | | | | Buy | 1/8 | L | | |
| 38. Old Mutual Analytic Defensive Equity | | None | K | T | Buy | 10/3 | J | | |
| 39. Pimco Fundamental Index Plus | | None | | | Sold | 2/22 | K | | |
| 40. Schroder Muni Bond | | | | | Sold (part) | 4/10 | K | | |
| 41. Schroder Muni Bond | | | | | Sold (part) | 9/29 | M | | |
| 42. Schroder Muni Bond | D | Dividend | | | Sold | 10/1 | J | | |
| 43. Schroder Short Term Muni | D | Dividend | M | T | Sold (part) | 9/30 | K | | |
| 44. T Rowe Price Summit Muni Int. Term Bond | A | Dividend | L | T | Buy | 11/21 | L | | |
| 45. Thornburg Ltd. Term Muni | | | | | Buy | 9/30 | M | | |
| 46. Thornburg Ltd. Term Muni | | | | | Sold (part) | 10/3 | L | | |
| 47. Thornburg Ltd. Term Muni | C | Dividend | L | T | Sold (part) | 11/21 | K | | |
| 48. Vanguard Total Stock Market | | | | | Sold (part) | 9/30 | L | | |
| 49. Vanguard Total Stock Market | C | Dividend | O | T | Buy | 11/21 | N | | |
| 50. | | | | | | | | | |
| 51. IRA #1 | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/31/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab Cash Reserves | | | | | | | | | |
| 53. Artio Int'l Equity (formerly Julius Baer Int'l Equity) | | | | | Buy | 9/30 | M | | |
| 54. Artio Int'l Equity (formerly Julius Baer Int'l Equity) | | | | | Buy | 10/3 | K | | |
| 55. DFA US Small Cap Value | | | | | Buy | 9/30 | M | | |
| 56. DFA US Small Cap Value | | | | | Buy | 10/3 | J | | |
| 57. Julius Baer Total Return Bond | | | | | Sold (part) | 9/29 | L | | |
| 58. Julius Baer Total Return Bond | | | | | Sold | 10/1 | J | | |
| 59. Pimco Real Return Institutional | | | | | Sold | 9/29 | M | | |
| 60. Pimco Total Return Institutional | | | | | Sold | 9/29 | M | | |
| 61. Vanguard Total Stock Market | | | | | Sold (part) | 9/30 | J | | |
| 62. Vanguard Total Stock Market | | | | | Sold | 11/21 | J | | |
| 63. | | | | | | | | | |
| 64. IRA #2 | C | Dividend | L | T | | | | | |
| 65. Schwab Cash Reserves | | | | | | | | | |
| 66. iShares MSCI Emerging Markets Index | | | | | Buy | 11/10 | K | | |
| 67. JP Morgan High Yield Bond Select | | | | | Buy | 11/10 | K | | |
| 68. Pimco Developing Local Markets | | | | | Sold | 11/7 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/31/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544